UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Natasha S Williams

Debtor(s)

Case No. 11-46687

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/17/2011.

2) The plan was confirmed on 05/02/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/12/2012.

5) The case was dismissed on 12/21/2012.

6) Number of months from filing to last payment: 14.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,070.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,466.30 |
| Less amount refunded to debtor | $360.92 |

**NET RECEIPTS:** $2,105.38

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $77.29 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $77.29

Attorney fees paid and disclosed by debtor:   $489.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ABC CREDIT & RECOVERY | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED PEDIATRIC CARE | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK MED CT | Unsecured | 71.56 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HINSDALE HOSPITAL | Unsecured | 378.24 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 259.82 | 259.82 | 259.82 | 0.00 | 0.00 |
| ALAN VILLANEUVA DMD | Unsecured | 196.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE PHYSICAL THERAPY | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| ALLIED COLLECTION SVC | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| AMB ANESTHESIOLOGISTS OF CHIC | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| AMEREN ILLINOIS | Unsecured | 1,968.82 | 1,751.43 | 1,751.43 | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 448.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN MEDICAL COLLECTIONS | Unsecured | 411.91 | NA | NA | 0.00 | 0.00 |
| AMERICAN MEDICAL COLLECTIONS | Unsecured | 97.21 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 648.00 | 249.72 | 249.72 | 0.00 | 0.00 |
| AMERIPATH | Unsecured | 23.25 | NA | NA | 0.00 | 0.00 |
| ANESTHESIOLOGISTS LTD | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 213.50 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 543.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 543.06 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 856.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 597.32 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 3,511.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| BOLINGBROOK FOOT SPECIALISTS | Unsecured | 345.63 | NA | NA | 0.00 | 0.00 |
| BOLINGBROOK WOMENS CLINIC | Unsecured | 35.97 | NA | NA | 0.00 | 0.00 |
| CHICAGO POST OFFICE EMP C U | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS HOSPITAL OF WISC | Unsecured | 325.25 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 888.00 | 976.00 | 976.00 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 437.00 | 493.83 | 493.83 | 0.00 | 0.00 |
| COMMERCIAL BUSINESS OF GALESE | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CONSOLIDATED PUBLIC SERVICES | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| ECG READING PANEL INC | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY HEALTHCARE PHYSIC| Unsecured | 106.29 | NA | NA | 0.00 | 0.00 |
| ERNESTO ZAVALETA MD | Unsecured | 226.78 | NA | NA | 0.00 | 0.00 |
| FIRST REVENUE ASSURANCE | Unsecured | 1,053.26 | NA | NA | 0.00 | 0.00 |
| FLORIDA PHYSICIANS | Unsecured | 323.04 | NA | NA | 0.00 | 0.00 |
| GRANITE RECOVERY LLC | Unsecured | 425.00 | 425.45 | 425.45 | 0.00 | 0.00 |
| GREATER SUBURBAN ACCEPTANCE | Secured | 9,127.86 | 9,127.86 | 9,127.86 | 1,816.62 | 211.47 |
| GUEST WALSH & TOWNSEND | Unsecured | 2,466.30 | 2,485.54 | 2,485.54 | 0.00 | 0.00 |
| HELLER & FRISONE | Unsecured | 242.00 | NA | NA | 0.00 | 0.00 |
| HOLLOWAY CREDIT SOLUTIONS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| HOLLOWAY CREDIT SOLUTIONS | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| HOLLOWAY CREDIT SOLUTIONS | Unsecured | 90.83 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 4,300.00 | 4,300.00 | 4,300.00 | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | 109.56 | 114.00 | 114.00 | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 83.90 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 622.00 | 622.13 | 622.13 | 0.00 | 0.00 |
| LATITUDE CONSULTING | Unsecured | 2,567.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR ET AL | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL COLLECTIONS SPECIALIST | Unsecured | 98.00 | 138.20 | 138.20 | 0.00 | 0.00 |
| MEDICREDIT CORP | Unsecured | 523.04 | NA | NA | 0.00 | 0.00 |
| MERCHANTS ADJUSTMENT SERVICE | Unsecured | 266.00 | 266.00 | 266.00 | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 507.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| ORLANDO HEALTH INC | Unsecured | 200.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| ORLANDO REGIONAL HEALTHCARE | Unsecured | 90.83 | NA | NA | 0.00 | 0.00 |
| PULMONARY MEDICINE ASSOC | Unsecured | 92.11 | NA | NA | 0.00 | 0.00 |
| RENAISSANCE RECOVERY SRVS | Unsecured | 345.63 | NA | NA | 0.00 | 0.00 |
| RPS WORLDWIDE | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE CO | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 1,975.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN RADIOLIGISTS | Unsecured | 7.39 | NA | NA | 0.00 | 0.00 |
| SUBURBAN RADIOLIGISTS | Unsecured | 11.20 | NA | NA | 0.00 | 0.00 |
| TEHMING LIANG MD | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF ILLINOIS MED CTR | Unsecured | 221.45 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY SURGEONS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| VALLEY VIEW SCHOOL DISTRICT | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BRIDGEVIEW | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,127.86 | $1,816.62 | $211.47 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,127.86** | **$1,816.62** | **$211.47** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $114.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$114.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$12,418.12** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $77.29 |
| Disbursements to Creditors | $2,028.09 |
| **TOTAL DISBURSEMENTS :** | **$2,105.38** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/12/2013           By: /s/ Glenn Stearns
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**